**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Gwen Daniel  
Probation Officer: Justine Kozak  
Interpreter: Ellen Klaver  

Date: August 6, 2013

Criminal Action No.: 13-cr-00094-JLK

*Parties:*  

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMON BALDERAMA-ZAMARRON,

    Defendant.

*Counsel:*

Beth N. Gibson

Virginia L. Grady

---

### SENTENCING MINUTES

---

**9:32 a.m.     Court in session**.

Court calls case.  Appearances of counsel.  Defendant present in custody.

Preliminary remarks by the Court.

Discussion regarding guideline calculations.

**Change of Plea Hearing:    May 13, 2013.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

*13-cr-00094-JLK*
*Sentencing*
*August 6, 2013*

**ORDERED:   Motion For Below-Guideline Statutory Or "Variant" Sentence (Filed 7/24/13; Doc. No. 24) is GRANTED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **time already served**.

**SUPERVISED RELEASE:**
None shall be imposed because the Defendant shall extradited by the U.S. Government.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado for deportation.

**9:59 a.m.     Court in recess.**
Hearing concluded.
Total in-court time: **27 minutes.**